1   Jeffrey S. Allison, Esq. (NV Bar #8949)
    **HOUSER & ALLISON, APC**
2   3900 Paradise Road, Suite 101
    Las Vegas, Nevada 89169
3   Phone: (702) 410-7593
    Fax: (702) 410-7594
4   jallison@houser-law.com

5   Attorney for Plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for
American Home Mortgage Assets Trust 2007-3, Mortgage-Backed Pass-Through Certificates Series
6   2007-3

7              **IN THE UNITED STATES DISTRICT COURT**

8                     **DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2007-3, MORTGAGE-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-3, | Case No.: 2:16-cv-01914-RFB-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS DEFENDANT NEVADA SANDCASTLES, LLC** |
| v. | |
| MATTHEW CLASON, an individual; NEVADA SANDCASTLES, LLC, a Nevada limited liability company; PARKSIDE VILLAGE HOMEOWNERS' ASSOCIATION, a Nevada non-profit organization; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a REPUBLIC SERVICES a Nevada corporation; DOES 1 through 10; and ROE CORPORATIONS 11 through 20, | |
| Defendants. | |

22         IT IS HEREBY STIPULATED by and between Plaintiff DEUTSCHE BANK NATIONAL

23   TRUST COMPANY, as Trustee for American Home Mortgage Assets Trust 2007-3, Mortgage-

24   Backed Pass-Through Certificates Series 2007-3 ("Plaintiff"), and Defendant NEVADA

SANDCASTLES, LLC ("Nevada Sandcastles"), through their undersigned counsel, that all claims brought by Plaintiff against Nevada Sandcastles be dismissed with prejudice in the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(2), each said party to bear their own respective fees and costs.

Dated this 28th of September, 2017.          Dated this 9th day of October, 2017.

HOUSER & ALLISON, APC                         THE LAW OFFICE OF MIKE BEEDE, PLLC


 /s/ Jeffrey S. Allison                        /s/ Michael Beede, Esq.
Jeffrey S. Allison, Esq.                       Michael Beede, Esq.

*Attorney for Plaintiff DEUTSCHE BANK          Attorney for Defendant Nevada Sandcastles,*
*NATIONAL TRUST COMPANY, as Trustee for        LLC*
*American Home Mortgage Assets Trust 2007-*
*3, Mortgage-Backed Pass-Through*
*Certificates Series 2007-3*


**ORDER**

Based on the foregoing, IT IS HEREBY ORDERED that Defendant Nevada Sandcastles, LLC is dismissed from Plaintiff's action with prejudice, each party to bear their respective fees and costs.


DATED:  October 20, 2017

RICHARD F. BOULWARE, II
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that I am over the age of eighteen (18), I am not a party to this action, and that on this date I caused to be served a true and correct copy of the following documents:

**STIPULATION AND ORDER TO DISMISS DEFENDANT NEVADA SANDCASTLES, LLC**

by:

| | |
|---|---|
| X | ECF; and or |
| X | U.S. Mail |
| __ | Facsimile transmission |
| __ | Overnight Mail |
| __ | Hand and/or Personal Delivery |

and addressed to the following:

Robert B. Noggle, Esq.
NOGGLE LAW
376 E. Warm Springs Rd. #140
Las Vegas, NV  89119
robert@nogglelaw.com
*Attorneys for Defendant Nevada Sandcastles, LLC*

Sean L. Anderson
Leach Johnson Song & Gruchow
8945 W. Russell Road, Ste. 330
Las Vegas, NV 891148
sanderson@leachjohnson.com
*Attorney for Defendant Parkside Village Homeowners' Association*

Drew J. Starbuck, Esq.
Donald H. Williams
WILLIAMS AND ASSOCIATES
612 S. Tenth Street
Las Vegas, NV  89101
dstarbuck@dhwlawlv.com
dwilliams@dhwlawlv.com
*Attorneys for Republic Silver State Disposal, Inc. doing business as Republic Services*

Kathylin Junko on behalf of Matthew Clason
8320 Lambtin Quay Ave.
Las Vegas, NV 89131
*Defendant in Proper Person*

Dated:  October 11, 2017.

/s/ Victoria Campbell
An employee of HOUSER & ALLISON, APC

-3-