Jeffrey S. Allison, Esq. (NV Bar #8949)
**HOUSER & ALLISON, APC**
3900 Paradise Road, Suite 101
Las Vegas, Nevada 89169
Phone: (702) 410-7593
Fax: (702) 410-7594
jallison@houser-law.com

Attorney for Plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for American Home Mortgage Assets Trust 2007-3, Mortgage-Backed Pass-Through Certificates Series 2007-3

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2007-3, MORTGAGE-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-3,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW CLASON, an individual; NEVADA SANDCASTLES, LLC, a Nevada limited liability company; PARKSIDE VILLAGE HOMEOWNERS' ASSOCIATION, a Nevada non-profit organization; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a REPUBLIC SERVICES a Nevada corporation; DOES 1 through 10; and ROE CORPORATIONS 11 through 20,<br><br>Defendants. | Case No.: 2:16-cv-01914-RFB-VCF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT PARKSIDE VILLAGE HOMEOWNERS' ASSOCIATION** |

IT IS HEREBY STIPULATED by and between Plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for American Home Mortgage Assets Trust 2007-3, Mortgage-Backed Pass-Through Certificates Series 2007-3 ("Plaintiff"), and Defendant PARKSIDE

-1-

VILLAGE HOMEOWNERS' ASSOCIATION ("Parkside HOA"), through their undersigned counsel, that all claims brought by Plaintiff against Parkside HOA be dismissed in the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(2), each said party to bear their own respective fees and costs.

Dated this 16th day of May, 2018.

HOUSER & ALLISON, APC

 /s/ Jeffrey S. Allison
Jeffrey S. Allison, Esq.

*Attorney for Plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for American Home Mortgage Assets Trust 2007-3, Mortgage-Backed Pass-Through Certificates Series 2007-3*

Dated this 21st day of May, 2018.

LEACH JOHNSON SONG & GRUCHOW

 /s/ Ryan D. Hastings
Ryan D. Hastings, Esq.

*Attorney for Defendant Parkside Village Homeowners' Association*

## **ORDER**

Based on the foregoing, IT IS HEREBY ORDERED that Defendant Parkside Village Homeowners' Association is dismissed from Plaintiff's action, each party to bear their respective fees and costs.

DATED: May 22, 2018

_____
RICHARD F. BOULWARE, II
United States District Court

# CERTIFICATE OF SERVICE

I hereby certify that I am over the age of eighteen (18), I am not a party to this action, and that on this date I caused to be served a true and correct copy of this **STIPULATION AND ORDER TO DISMISS DEFENDANT PARKSIDE VILLAGE HOMEOWNERS' ASSOCIATION** by:

| | |
|---|---|
| X | ECF |
| __ | U.S. Mail |
| __ | Facsimile transmission |
| __ | Overnight Mail |
| __ | Hand and/or Personal Delivery |

and addressed to the following:

| | |
|---|---|
| Ryan D Hastings<br>Sean L. Anderson<br>Leach Johnson Song & Gruchow<br>8945 W. Russell Road<br>Las Vegas, NV 89148<br>702-538-9074<br>Fax: 702-538-9113<br>Email: rhastings@leachjohnson.com<br>Email: sanderson@leachjohnson.com<br>*Attorneys for Defendant, Parkside Village Homeowners' Association* | Drew J. Starbuck<br>Donald H. Williams<br>Williams & Associates<br>612 S Tenth Street<br>Las Vegas, NV 89101<br>702-320-7750<br>Fax: 702-320-7760<br>Email: dstarbuck@dhwlawlv.com<br>Email: dwilliams@dhwlawlv.com<br>*Attorneys for Defendant, Republic Silver State Disposal, Inc.* |

Michael N. Beede
The Law Office of Mike Beede, PLLC
2470 St. Rose Parkway Ste. 307
Henderson, NV 89074
702-473-8406
Fax: 702-832-0248
Email: eservice@legallv.com
*Attorneys for Defendant, Nevada Sandcastles, LLC*

Dated: May 21, 2018

_____
An employee of HOUSER & ALLISON, APC